IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN AVERILLA,

    Petitioner,

 v.

RAUL LOPEZ,

    Respondent.

        /

No. C 10-03614 CRB

**JUDGMENT**

Having granted the petition for writ of habeas corpus, dkt. 18, the Court hereby enters judgment for Petitioner and against Respondent.

**IT IS SO ORDERED.**

Dated: March 23, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3614\Judgment.wpd