IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AVERILLA,<br><br>    Petitioner,<br><br>  v.<br><br>RAUL LOPEZ,<br><br>    Respondent.                              / | No. C 10-03614 CRB<br><br>**JUDGMENT** |

Having granted the petition for writ of habeas corpus, dkt. 18, the Court hereby enters judgment for Petitioner and against Respondent.

**IT IS SO ORDERED.**

Dated: March 23, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3614\Judgment.wpd