IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AVERILLA,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LOPEZ,<br><br>    Defendant. | No. C 10-03614 CRB<br><br>**ORDER APPOINTING COUNSEL** |

Good cause appearing, it is hereby ordered that Gabriel Bassan, California Bar number 133147, is appointed to represent Petitioner, Juan Averilla, *nun pro tunc* to February 10, 2011.

**IT IS SO ORDERED.**

Dated: April 30, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3614\Order Appointing Counsel.wpd