IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN AVERILLA,

    Plaintiff,

v.

RAUL LOPEZ,

    Defendant.
                              /

No. C 10-03614 CRB

**ORDER APPOINTING COUNSEL**

Good cause appearing, it is hereby ordered that Gabriel Bassan, California Bar number 133147, is appointed to represent Petitioner, Juan Averilla, *nun pro tunc* to February 10, 2011.

**IT IS SO ORDERED.**

Dated: April 30, 2012

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE